J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 E. Wilson Ave., Suite 200
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation,
Warner Bros. Home Entertainment Inc.
and Disney Enterprises, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation, Warner Bros. Home Entertainment Inc. and Disney Enterprises, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Jay Weinstein, and Does 1 – 10, inclusive,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR A JURY TRIAL |

Plaintiffs Twentieth Century Fox Film Corporation ("Fox"), Warner Bros. Home Entertainment Inc. ("Warner Bros.") and Disney Enterprises, Inc. ("DEI") (collectively "Plaintiffs"), for their Complaint allege as follows:

**A.      Jurisdiction and Venue**

1.      Plaintiffs bring this action pursuant to 17 U.S.C. §§ 101, *et seq.* The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

/ / /

/ / /

2.      The events giving rise to the claim alleged herein occurred, among other places, within this judicial district.  Venue in the Central District of California is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**B.    <u>Introduction</u>**

3.      Plaintiffs own exclusive United States distribution rights in various creative works, including, but not limited to, motion pictures and television shows, that are entitled to copyright protection (the "Plaintiffs' Works").  Defendants, through various online venues, distribute, promote, offer for sale and sell unauthorized copies of the Plaintiffs' Works (the "Unauthorized Media Product").  Plaintiffs are informed and believe, and based thereon allege, that this infringement activity is systematic and willful or done with reckless disregard of Plaintiffs' intellectual property rights.  Plaintiffs ask that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq*. (the "Copyright Act").

**C.    <u>Plaintiff Fox</u>**

4.      Fox is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Los Angeles, California.

5.      Fox and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs (the "Fox Works").

6.      Fox owns exclusive rights under the Copyright Act to the Fox Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Fox Works in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations listed in Exhibit "A," attached hereto, and incorporated herein by this reference.  Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

7.     The expression and other distinctive features of the Fox Works are wholly original with Fox, its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

8.     Fox, or any predecessor in interest, has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the Fox Works, and Fox holds certificates of registration and/or secured exclusive licenses or assignments to reproduce, distribute and license the Fox Works throughout the United States.

9.     The Fox Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws.  Fox, and those acting under its authority, have complied with their obligations under the copyright laws and Fox, in its own right or as successor-in-interest, has at all times been, and still is, the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights in each of the Fox Works.

**D.     <u>Plaintiff Warner Bros.</u>**

10.     Warner Bros. is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

11.     Warner Bros. and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and/or distribution of motion pictures and television programs (the "Warner Bros. Works").

12.     Warner Bros. owns exclusive rights under the Copyright Act to the Warner Bros. Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Warner Bros. Works in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations listed in Exhibit "B," attached hereto, and incorporated

herein by this reference.  Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

13.    The expression and other distinctive features of the Warner Bros. Works are wholly original with Warner Bros., its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

14.    Warner Bros. has secured from Warner Bros. Entertainment Inc. and Home Box Office, Inc. the exclusive rights and privileges to reproduce, distribute, or license the reproduction or distribution of the Warner Bros. Works throughout the United States.  Warner Bros., its affiliates, licensees and/or assignors have complied in all respects with the laws governing copyright.

15.    The Warner Bros. Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws. Warner Bros., its affiliates, licensees and/or assignors have complied with their obligations under the copyright laws, and Warner Bros., in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights in each of the Warner Bros. Works.

**E.    Plaintiff DEI**

16.    DEI is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

17.    DEI is a subsidiary of The Walt Disney Company ("Disney"). Disney, together with its subsidiaries, is a diversified worldwide entertainment company with operations in five business segments: Media Networks, Parks and Resorts, Studio Entertainment, Consumer Products and Interactive Media.  Media Networks comprises international and domestic cable networks and its broadcasting business; Parks and Resorts comprises resorts and theme parks around the world, Disney Cruise Line and also licensed theme parks such as Tokyo Disney Resort in

Japan; Studio Entertainment comprises live-action and animated theatrical and video motion pictures, musical recordings and live stage plays; Consumer Products comprises relationships with licensees, manufacturers, publishers and retailers throughout the world to design, develop, publish, promote and sell a wide variety of products based on DEI's intellectual property as well as its own Publishing and Retail; Interactive Media Group creates and delivers branded entertainment games and lifestyle content across interactive media platforms.

18.     DEI and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and/or distribution of motion pictures and television programs (the "DEI Works").

19.     DEI owns exclusive rights under the Copyright Act to the DEI Works, including the rights to reproduce, distribute or license the reproduction and distribution of the DEI Works in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations listed in Exhibit "C," attached hereto, and incorporated herein by this reference.  Video format includes video cassettes, video laser discs, digital versatile discs ("DVDs").

20.     The expression and other distinctive features of the DEI Works are wholly original with DEI, its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

21.     DEI, and its predecessors in interest have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the DEI Works, and DEI holds certificates of registration and/or secured exclusive licenses or assignments to reproduce, distribute and license the DEI Works throughout the United States.

22.     The DEI Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws.  DEI and those acting under its authority have complied with their obligations under the copyright

laws and DEI, in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights in each of the DEI Works.

23.     The Fox Works, Warner Bros. Works and DEI Works are collectively referred to herein as Plaintiffs' Works.

**F.     <u>Defendants</u>**

24.     Defendant Jay Weinstein ("Weinstein") is an individual.  Plaintiffs are informed and believe that Weinstein is a resident of Los Angeles, County of Los Angeles, in the State of California.  Plaintiffs are further informed and believe, and upon that basis allege, that Weinstein does business under the eBay "User ID" "stein_and_more."  Weinstein, through his online identity, does business in this judicial district through offers and sales of the Unauthorized Media Product in the City and County of Los Angeles, using the eBay auction platform with its principal place of business in Santa Clara County, in the State of California.

25.     Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court.  Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or other of the named defendants or other entities or individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Plaintiffs' Works.  The identities of the various Does are unknown to Plaintiffs at this time.  The Complaint will be amended to include the names of such individuals when identified.  The Defendants and Does 1 – 10 are collectively referred to herein as "Defendants."

## G.   Defendants' Infringing Activities

26.   Defendants have copied, reproduced, distributed, advertised and/or sold and continue to copy reproduce, distribute, advertise and/or sell unauthorized copies of motion pictures and/or television programs owned by Plaintiffs, respectively, including, but not necessarily limited to, the Plaintiffs' Works identified in Exhibits A - C.  The copies sold by Defendants are obviously unauthorized.  The packaging fails to conform with packaging characteristic of Plaintiffs' genuine product and the disks do not contain the file structure characteristic of legitimate product.

27.   Defendants have not been authorized by Plaintiffs to reproduce, distribute, sell or offer for sale any of the Plaintiffs' Works.

28.   By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' copyrights.  Plaintiffs have sustained and will continue to sustain substantial damage to the value of its creative works, specifically including the Plaintiffs' Works.

## H.   Plaintiffs' Damages

29.   Plaintiffs are informed and believe, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

30.   Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of this Court.  In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for sale of the Defendants' goods and services using the Plaintiffs' Works.  In the alternative, Plaintiffs may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each Plaintiffs' Works infringed.

31.     Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Plaintiffs.  Accordingly, Plaintiffs seek preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Unauthorized Media Product, including the means of production as provided by 17 U.S.C. § 503.

32.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

33.     Plaintiffs are without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Plaintiffs will be irreparably harmed by Defendants' deliberate and systematic infringement of their rights.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs ask this Court to order that:

1.      Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Plaintiffs' Works in any manner, including generally, but not limited to:

     a. Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Plaintiffs' Works; or

     b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Plaintiffs' Works; or

     c.   Marketing, advertising and/or promoting any unauthorized copies of the Plaintiffs' Works.

2.    That Plaintiffs' and their designees are authorized to seize the following items which are in Defendants' possession, custody or control:

     a.   All Unauthorized Media Product;

     b.   Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiffs' Works, or any part thereof;

     c.   Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Unauthorized Media Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiffs' Works, or any part thereof.

3.    Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiffs' election;

4.    Defendants be required to account for and pay over to Plaintiffs all damages sustained by Plaintiffs and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5.    Defendants be required to pay Plaintiffs their costs of this action and reasonable attorneys' fees; and

/ / /

/ / /

/ / /

6.    Plaintiffs be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated: March 9, 2016

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Twentieth Century
Fox Film Corporation, Warner Bros. Home
Entertainment Inc. and Disney Enterprises,
Inc.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Twentieth Century Fox Film Corporation, Warner Bros. Home Entertainment Inc. and Disney Enterprises, Inc., hereby demand a trial by jury of all issues so triable.

Dated:  March 9, 2016

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Twentieth Century
Fox Film Corporation, Warner Bros. Home
Entertainment Inc. and Disney Enterprises,
Inc.

**EXHIBIT "A"**

**FOX'S COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| PA0001396450 | SONS OF ANARCHY, PILOT | Twentieth Century Fox Film Corporation |
| PA0001396578 | SONS OF ANARCHY: 101, SEEDS | Twentieth Century Fox Film Corporation |
| PA0001396591 | SONS OF ANARCHY: 102, FUN TOWN | Twentieth Century Fox Film Corporation |
| PA0001396574 | SONS OF ANARCHY: 103, PATCH OVER | Twentieth Century Fox Film Corporation |
| PA0001396593 | SONS OF ANARCHY: 104, GIVING BACK | Twentieth Century Fox Film Corporation |
| PA0001396595 | SONS OF ANARCHY: 105, AK-51 | Twentieth Century Fox Film Corporation |
| PA0001396573 | SONS OF ANARCHY: 106, OLD BONES | Twentieth Century Fox Film Corporation |
| PA0001396576 | SONS OF ANARCHY: 107, THE PULL | Twentieth Century Fox Film Corporation |
| PA0001396585 | SONS OF ANARCHY: 109, BETTER HALF | Twentieth Century Fox Film Corporation |
| PA0001396586 | SONS OF ANARCHY: 110, CAPYBARA | Twentieth Century Fox Film Corporation |
| PA0001396580 | SONS OF ANARCHY: 111, THE SLEEP OF BABIES | Twentieth Century Fox Film Corporation |
| PA0001396577 | SONS OF ANARCHY: 112, REVELATOR | Twentieth Century Fox Film Corporation |
| PA0001783946 | SONS OF ANARCHY, HELL FOLLOWED. | Twentieth Century Fox Film Corporation |
| PA0001396583 | SONS OF ANARCHY: 201, ALBIFICATION | Twentieth Century Fox Film Corporation |
| PA0001396581 | SONS OF ANARCHY: 202, SMALL TEARS | Twentieth Century Fox Film Corporation |
| PA0001396590 | SONS OF ANARCHY: 203, FIX | Twentieth Century Fox Film Corporation |
| PA0001396588 | SONS OF ANARCHY: 204, EUREKA | Twentieth Century Fox Film Corporation |
| PA0001396582 | SONS OF ANARCHY: 205, SMITE | Twentieth Century Fox Film Corporation |
| PA0001396589 | SONS OF ANARCHY: 206, FALX CEREBRI | Twentieth Century Fox Film Corporation |
| PA0001396592 | SONS OF ANARCHY: 207, GILEAD | Twentieth Century Fox Film Corporation |
| PA0001396575 | SONS OF ANARCHY: 208, POTLATCH | Twentieth Century Fox Film Corporation |
| PA0001785551 | SONS OF ANARCHY: 209, FA GUAN | Twentieth Century Fox Film Corporation |
| PA0001396584 | SONS OF ANARCHY: 210, BALM | Twentieth Century Fox Film Corporation |

| | | |
|---|---|---|
| PA0001396579 | SONS OF ANARCHY: 211, SERVICE | Twentieth Century Fox Film Corporation |
| PA0001396587 | SONS OF ANARCHY: 212, THE CULLING. | Twentieth Century Fox Film Corporation |
| PA0001669023 | SONS OF ANARCHY: 213, NA TRIOBLOIDI | Twentieth Century Fox Film Corporation |
| PA0001754654 | SONS OF ANARCHY: SEASON 3. DVD | Twentieth Century Fox Film Corporation |
| PA0001708068 | SONS OF ANARCHY: World Premiere | Twentieth Century Fox Film Corporation |
| PA0001697795 | SONS OF ANARCHY: 301, SO | Twentieth Century Fox Film Corporation |
| PA0001697802 | SONS OF ANARCHY: 302, OILED | Twentieth Century Fox Film Corporation |
| PA0001703102 | SONS OF ANARCHY: 303, CAREGIVER | Twentieth Century Fox Film Corporation |
| PA0001703101 | SONS OF ANARCHY: 304, HOME | Twentieth Century Fox Film Corporation |
| PA0001704146 | SONS OF ANARCHY: 305, TURNING AND TURNING | Twentieth Century Fox Film Corporation |
| PA0001704147 | SONS OF ANARCHY: 306, THE PUSH. | Twentieth Century Fox Film Corporation |
| PA0001708082 | SONS OF ANARCHY: 307, WIDENING GYRE | Twentieth Century Fox Film Corporation |
| PA0001708083 | SONS OF ANARCHY: 308, LOCHAN MOR | Twentieth Century Fox Film Corporation |
| PA0001709269 | SONS OF ANARCHY: 309, TURAS | Twentieth Century Fox Film Corporation |
| PA0001709268 | SONS OF ANARCHY: 310, FIRINNE | Twentieth Century Fox Film Corporation |
| PA0001712526 | SONS OF ANARCHY: 311, BAINNE | Twentieth Century Fox Film Corporation |
| PA0001712531 | SONS OF ANARCHY: 312, JUNE WEDDING | Twentieth Century Fox Film Corporation |
| PA0001712533 | SONS OF ANARCHY: 313, NS | Twentieth Century Fox Film Corporation |
| PA0001808792 | SONS OF ANARCHY: SEASON FOUR DVD | Twentieth Century Fox Film Corporation |
| PA0001751686 | SONS OF ANARCHY: OUT | Twentieth Century Fox Film Corporation |
| PA0001754676 | SONS OF ANARCHY: BOOSTER | Twentieth Century Fox Film Corporation |
| PA0001754675 | SONS OF ANARCHY: DORYLUS | Twentieth Century Fox Film Corporation |
| PA0001754665 | SONS OF ANARCHY: UNA VENTA | Twentieth Century Fox Film Corporation |
| PA0001765510 | SONS OF ANARCHY: BRICK | Twentieth Century Fox Film Corporation |
| PA0001765512 | SONS OF ANARCHY: WITH AN X | Twentieth Century Fox Film Corporation |
| PA0001765494 | SONS OF ANARCHY: FRUIT FOR THE CROWS | Twentieth Century Fox Film Corporation |

| PA0001765093 | SONS OF ANARCHY: FAMILY RECIPE | Twentieth Century Fox Film Corporation |
|---|---|---|
| PA0001769631 | SONS OF ANARCHY: 409, KISS | Twentieth Century Fox Film Corporation |
| PA0001769635 | SONS OF ANARCHY: 410, HANDS | Twentieth Century Fox Film Corporation |
| PA0001769629 | SONS OF ANARCHY: 411, CALL OF DUTY | Twentieth Century Fox Film Corporation |
| PA0001769628 | SONS OF ANARCHY: 412, BURNT AND PURGED AWAY | Twentieth Century Fox Film Corporation |
| PA0001769638 | SONS OF ANARCHY: 413, TO BE, ACT 1 | Twentieth Century Fox Film Corporation |
| PA0001769626 | SONS OF ANARCHY: 414, TO BE, ACT 2 | Twentieth Century Fox Film Corporation |
| PA0001865736 | SONS OF ANARCHY: SEASON FIVE. | Twentieth Century Fox Film Corporation |
| PA0001808762 | SONS OF ANARCHY: SOVEREIGN | Twentieth Century Fox Film Corporation |
| PA0001812831 | SONS OF ANARCHY: 502, AUTHORITY VESTED | Twentieth Century Fox Film Corporation |
| PA0001814936 | SONS OF ANARCHY: LAYING PIPE | Twentieth Century Fox Film Corporation |
| PA0001815806 | SONS OF ANARCHY: 504, STOLEN HUFFY | Twentieth Century Fox Film Corporation |
| PA0001815805 | SONS OF ANARCHY Series: 505, ORCA SHRUGGED | Twentieth Century Fox Film Corporation |
| PA0001823941 | SONS OF ANARCHY: 506, SMALL WORLD | Twentieth Century Fox Film Corporation |
| PA0001823937 | SONS OF ANARCHY: 507, TOAD'S WILD RIDE | Twentieth Century Fox Film Corporation |
| PA0001829572 | SONS OF ANARCHY: 508, ABLATION | Twentieth Century Fox Film Corporation |
| PA0001829546 | SONS OF ANARCHY: 509, ANDARE PESCARE | Twentieth Century Fox Film Corporation |
| PA0001829535 | SONS OF ANARCHY, CRUCIFIXED | Twentieth Century Fox Film Corporation |
| PA0001829527 | SONS OF ANARCHY: TO THINE OWN SELF | Twentieth Century Fox Film Corporation |
| PA0001829534 | SONS OF ANARCHY: 512, DARTHY | Twentieth Century Fox Film Corporation |
| PA0001829522 | SONS OF ANARCHY, J'AI OBTENU CETTE. | Twentieth Century Fox Film Corporation |
| PA0001932767 | SONS OF ANARCHY: SEASON 6 (Home Video) | Twentieth Century Fox Film Corporation |
| PA0001875173 | SONS OF ANARCHY: 601, STRAW | Twentieth Century Fox Film Corporation |
| PA0001875174 | SONS OF ANARCHY: 602, ONE ONE SIX | Twentieth Century Fox Film Corporation |
| PA0001879926 | SONS OF ANARCHY: 603, POENITENTIA | Twentieth Century Fox Film Corporation |

| PA0001879995 | SONS OF ANARCHY: 604, WOLFSANGEL | Twentieth Century Fox Film Corporation |
|---|---|---|
| PA0001880052 | SONS OF ANARCHY: 605, THE MAD KING | Twentieth Century Fox Film Corporation |
| Pending | SONS OF ANARCHY: 606, SALVAGE | Twentieth Century Fox Film Corporation |
| PA0001890979 | SONS OF ANARCHY: 607, SWEET AND VADED | Twentieth Century Fox Film Corporation |
| PA0001887250 | SONS OF ANARCHY: 608, LOS FANTASMAS | Twentieth Century Fox Film Corporation |
| PA0001890985 | SONS OF ANARCHY: 609, JOHN 8:32 | Twentieth Century Fox Film Corporation |
| PA0001890987 | SONS OF ANARCHY: 610, HUANG WU | Twentieth Century Fox Film Corporation |
| PA0001890982 | SONS OF ANARCHY: 611, AON RUD PEARSANTA | Twentieth Century Fox Film Corporation |
| PA0001895959 | SONS OF ANARCHY: 612, YOU ARE MY SUNSHINE | Twentieth Century Fox Film Corporation |
| PA0001895929 | SONS OF ANARCHY: 613, A MOTHER'S WORK | Twentieth Century Fox Film Corporation |
| PA0001926440 | SONS OF ANARCHY: 701, BLACK WIDOWER | Twentieth Century Fox Film Corporation |
| PA0001931679 | SONS OF ANARCHY: 702, TOIL AND TILL | Twentieth Century Fox Film Corporation |
| PA0001931684 | SONS OF ANARCHY, PLAYING WITH MONSTERS | Twentieth Century Fox Film Corporation |
| PA0001931690 | SONS OF ANARCHY: 704, POOR LITTLE LAMBS | Twentieth Century Fox Film Corporation |
| PA0001931697 | SONS OF ANARCHY: 705, SOME STRANGE ERUPTION | Twentieth Century Fox Film Corporation |
| PA0001936722 | SONS OF ANARCHY: 706, SMOKE 'EM IF YOU GOT 'EM | Twentieth Century Fox Film Corporation |
| PA0001934103 | SONS OF ANARCHY: 7WAB07, GREENSLEEVES | Twentieth Century Fox Film Corporation |
| PA0001936737 | SONS OF ANARCHY: 708, THE SEPARATION OF CROWS | Twentieth Century Fox Film Corporation |
| PA0001934160 | SONS OF ANARCHY: 709, WHAT A PIECE OF WORK IS MAN | Twentieth Century Fox Film Corporation |
| PA0001934173 | SONS OF ANARCHY: 710, FAITH AND DESPONDENCY | Twentieth Century Fox Film Corporation |
| PA0001939375 | SONS OF ANARCHY: 711, SUITS OF WOE | Twentieth Century Fox Film Corporation |

| PA0001939303 | SONS OF ANARCHY: 7WAB12, RED ROSE | Twentieth Century Fox Film Corporation |
|---|---|---|
| PA0001939386 | SONS OF ANARCHY: 713, PAPA'S GOODS | Twentieth Century Fox Film Corporation |

# EXHIBIT "B"

## WARNER BROS.' COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | Home Box Office, Inc. |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | Home Box Office, Inc. |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | Home Box Office, Inc. |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | Home Box Office, Inc. |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | Home Box Office, Inc. |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | Home Box Office, Inc. |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | Home Box Office, Inc. |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | Home Box Office, Inc. |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | Home Box Office, Inc. |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | Home Box Office, Inc. |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | Home Box Office, Inc. |

## EXHIBIT "C"

## DEI'S COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| PA0001769342 | ONCE UPON A TIME: 101 | Disney Enterprises, Inc. |
| PA0001769348 | ONCE UPON A TIME: 102, THE THING YOU LOVE MOST | Disney Enterprises, Inc. |
| PA0001769287 | ONCE UPON A TIME: 103, SNOW FALLS | Disney Enterprises, Inc. |
| PA0001769345 | ONCE UPON A TIME: 104, THE PRICE OF GOLD | Disney Enterprises, Inc. |
| PA0001769290 | ONCE UPON A TIME: 105, THAT STILL SMALL VOICE | Disney Enterprises, Inc. |
| PA0001769289 | ONCE UPON A TIME: 106, THE SHEPHERD | Disney Enterprises, Inc. |
| PA0001769288 | ONCE UPON A TIME: 107, THE HEART IS A LONELY HUNTER | Disney Enterprises, Inc. |
| PA0001775987 | ONCE UPON A TIME: 109, TRUE NORTH. | Disney Enterprises, Inc. |
| PA0001775991 | ONCE UPON A TIME: 110, 7:15 | Disney Enterprises, Inc. |
| PA0001776214 | ONCE UPON A TIME: 111, FRUIT OF THE POISONOUS TREE | Disney Enterprises, Inc. |
| PA0001783600 | ONCE UPON A TIME: 112, SKIN DEEP | Disney Enterprises, Inc. |
| PA0001783602 | ONCE UPON A TIME: 113, WHAT HAPPENED TO FREDERICK | Disney Enterprises, Inc. |
| PA0001783598 | ONCE UPON A TIME: 114, DREAMY | Disney Enterprises, Inc. |
| PA0001783610 | ONCE UPON A TIME: 115, RED-HANDED | Disney Enterprises, Inc. |
| PA0001783611 | ONCE UPON A TIME: 116, HEART OF DARKNESS | Disney Enterprises, Inc. |
| PA0001783853 | ONCE UPON A TIME: 117, HAT TRICK | Disney Enterprises, Inc. |
| PA0001861500 | ONCE UPON A TIME: 118, THE STABLE BOY | Disney Enterprises, Inc. |
| PA0001790066 | ONCE UPON A TIME: 119, THE RETURN | Disney Enterprises, Inc. |
| PA0001790068 | ONCE UPON A TIME: 120, THE STRANGER | Disney Enterprises, Inc. |
| PA0001802844 | ONCE UPON A TIME: 121, AN APPLE RED AS | Disney Enterprises, Inc. |

| | | |
|---|---|---|
| | BLOOD | |
| PA0001802836 | ONCE UPON A TIME: 122, A LAND WITHOUT MAGIC | Disney Enterprises, Inc. |
| PA0001813400 | ONCE UPON A TIME: 201, BROKEN | Disney Enterprises, Inc. |
| PA0001813390 | ONCE UPON A TIME: 202, WE ARE BOTH | Disney Enterprises, Inc. |
| PA0001816165 | ONCE UPON A TIME: 203, LADY OF THE LAKE | Disney Enterprises, Inc. |
| PA0001816160 | ONCE UPON A TIME: 204, THE CROCODILE | Disney Enterprises, Inc. |
| PA0001819906 | ONCE UPON A TIME: 205, THE DOCTOR | Disney Enterprises, Inc. |
| PA0001819911 | ONCE UPON A TIME: 206, TALLAHASSEE | Disney Enterprises, Inc. |
| PA0001826378 | ONCE UPON A TIME: 207, CHILD OF THE MOON | Disney Enterprises, Inc. |
| PA0001826379 | ONCE UPON A TIME: 208, INTO THE DEEP | Disney Enterprises, Inc. |
| PA0001826381 | ONCE UPON A TIME: 209, QUEEN OF HEARTS | Disney Enterprises, Inc. |
| PA0001827639 | ONCE UPON A TIME: 210, THE CRICKET GAME | Disney Enterprises, Inc. |
| PA0001834242 | ONCE UPON A TIME: 211, THE OUTSIDER | Disney Enterprises, Inc. |
| PA0001830951 | ONCE UPON A TIME: 212, IN THE NAME OF THE BROTHER | Disney Enterprises, Inc. |
| PA0001837793 | ONCE UPON A TIME: 213, TINY | Disney Enterprises, Inc. |
| PA0001841772 | ONCE UPON A TIME: 214, MANHATTAN | Disney Enterprises, Inc. |
| PA0001841764 | ONCE UPON A TIME: 215, THE QUEEN IS DEAD | Disney Enterprises, Inc. |
| PA0001840947 | ONCE UPON A TIME: 216, THE MILLER'S DAUGHTER | Disney Enterprises, Inc. |
| PA0001843385 | ONCE UPON A TIME: 217, WELCOME TO STORYBROOKE | Disney Enterprises, Inc. |
| PA0001847173 | ONCE UPON A TIME: 218, SELFLESS, BRAVE AND TRUE | Disney Enterprises, Inc. |
| PA0001845237 | ONCE UPON A TIME: 219, LACEY | Disney Enterprises, Inc. |
| PA0001854991 | ONCE UPON A TIME: 220, THE EVIL QUEEN | Disney Enterprises, Inc. |

| PA0001857403 | ONCE UPON A TIME: 221, SECOND STAR TO THE RIGHT | Disney Enterprises, Inc. |
|---|---|---|
| PA0001847058 | ONCE UPON A TIME: 222, AND STRAIGHT ON 'TIL MORNING | Disney Enterprises, Inc. |
| PA0001944557 | ONCE UPON A TIME: 301, HEART OF THE TRUEST BELIEVER | Disney Enterprises, Inc. |
| PA0001871151 | ONCE UPON A TIME: 302, LOST GIRL | Disney Enterprises, Inc. |
| PA0001885166 | ONCE UPON A TIME: 303, QUITE A COMMON FAIRY | Disney Enterprises, Inc. |
| PA0001885172 | ONCE UPON A TIME: 304, NASTY HABITS | Disney Enterprises, Inc. |
| PA0001885179 | ONCE UPON A TIME: 305, GOOD FORM | Disney Enterprises, Inc. |
| PA0001885089 | ONCE UPON A TIME: 306, ARIEL | Disney Enterprises, Inc. |
| PA0001885423 | ONCE UPON A TIME: 307, DARK HOLLOW | Disney Enterprises, Inc. |
| PA0001885424 | ONCE UPON A TIME: 308, THINK LOVELY THOUGHTS | Disney Enterprises, Inc. |
| PA0001888091 | ONCE UPON A TIME: 309, SAVE HENRY | Disney Enterprises, Inc. |
| PA0001888142 | ONCE UPON A TIME: 310, THE NEW NEVERLAND | Disney Enterprises, Inc. |
| PA0001888177 | ONCE UPON A TIME: 311, GOING HOME | Disney Enterprises, Inc. |
| PA0001898772 | ONCE UPON A TIME: 312, NEW YORK CITY SERENADE | Disney Enterprises, Inc. |
| PA0001889976 | ONCE UPON A TIME: 313, WITCH HUNT | Disney Enterprises, Inc. |
| PA0001897643 | ONCE UPON A TIME: 314, THE TOWER. | Disney Enterprises, Inc. |
| PA0001900311 | ONCE UPON A TIME: 315, QUIET MINDS | Disney Enterprises, Inc. |
| PA0001920512 | ONCE UPON A TIME: 316, IT'S NOT EASY BEING GREEN | Disney Enterprises, Inc. |
| PA0001902521 | ONCE UPON A TIME: 317, THE JOLLY ROGER. | Disney Enterprises, Inc. |
| PA0001903596 | ONCE UPON A TIME: 318, BLEEDING THROUGH | Disney Enterprises, Inc. |
| PA0001903570 | ONCE UPON A TIME: 319, A CURIOUS THING | Disney Enterprises, Inc. |

| PA0001905987 | ONCE UPON A TIME: 320, KANSAS | Disney Enterprises, Inc. |
|---|---|---|
| PA0001908153 | ONCE UPON A TIME: 321, SNOW DRIFTS | Disney Enterprises, Inc. |
| PA0001908155 | ONCE UPON A TIME: 322, THERE'S NO PLACE LIKE HOME | Disney Enterprises, Inc. |
| PA0001922168 | ONCE UPON A TIME: 401, A TALE OF TWO SISTERS | Disney Enterprises, Inc. |
| PA0001922171 | ONCE UPON A TIME: 402, WHITE OUT | Disney Enterprises, Inc. |
| PA0001933349 | ONCE UPON A TIME: 403, ROCKY ROAD. | Disney Enterprises, Inc. |
| PA0001932202 | ONCE UPON A TIME: 404, THE APPRENTICE | Disney Enterprises, Inc. |
| PA0001934016 | ONCE UPON A TIME: 405, BREAKING GLASS | Disney Enterprises, Inc. |
| PA0001936828 | ONCE UPON A TIME: 406, FAMILY BUSINESS | Disney Enterprises, Inc. |
| PA0001934780 | ONCE UPON A TIME: 407, THE SNOW QUEEN | Disney Enterprises, Inc. |
| PA0001939779 | ONCE UPON A TIME: 408A/B, SMASH THE MIRROR | Disney Enterprises, Inc. |
| PA0001939819 | ONCE UPON A TIME: 409, FALL. | Disney Enterprises, Inc. |
| PA0001940747 | ONCE UPON A TIME: 410, SHATTERED SIGHT | Disney Enterprises, Inc. |
| PA0001940744 | ONCE UPON A TIME: 411, HEROES AND VILLAINS | Disney Enterprises, Inc. |
| PA0001951569 | ONCE UPON A TIME: 412, DARKNESS ON THE EDGE OF TOWN | Disney Enterprises, Inc. |
| PA0001952161 | ONCE UPON A TIME: 413, UNFORGIVEN | Disney Enterprises, Inc. |
| PA0001954510 | ONCE UPON A TIME: 414, ENTER THE DRAGON | Disney Enterprises, Inc. |
| PA0001954506 | ONCE UPON A TIME: 415, POOR UNFORTUNATE SOUL | Disney Enterprises, Inc. |
| PA0001954643 | ONCE UPON A TIME: 416, BEST LAID PLANS | Disney Enterprises, Inc. |
| PA0001958260 | ONCE UPON A TIME: 417, HEART OF GOLD | Disney Enterprises, Inc. |

| PA0001957517 | ONCE UPON A TIME: 418, SYMPATHY FOR THE DE VIL | Disney Enterprises, Inc. |
|---|---|---|
| PA0001957092 | ONCE UPON A TIME: 419, LILY | Disney Enterprises, Inc. |
| PA0001957495 | ONCE UPON A TIME: 420, MOTHER | Disney Enterprises, Inc. |
| PA0001957858 | ONCE UPON A TIME: 421, OPERATION MONGOOSE (PART 1) | Disney Enterprises, Inc. |
| PA0001957866 | ONCE UPON A TIME: 422, OPERATION MONGOOSE (PART 2 OF 2) | Disney Enterprises, Inc. |